# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MILTON WILSON

NO. 2022 KW 0584

**AUGUST 12, 2022**

---

In Re:   Milton Wilson, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         413,805.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** The district court did not err by denying relator's motion to correct an illegal sentence. Relator was sentenced under La. R.S. 15:529.1(A)(1)(b)(i), the appropriate subsection and subparagraph of the habitual offender statute. Therefore, the claim raised in the motion to correct an illegal sentence is without merit.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT